UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

STEVEN ALBERT ,
                Plaintiff,              Case No.  08-13884
                                         Hon. Anna Diggs Taylor
v.                                             Magistrate Judge Paul Komives

BUREAU OF HEALTH CARE SERVICES,
et al.,
                Defendants.
_____/

## ORDER ACCEPTING MAGISTRATE'S REPORT AND RECOMMENDATION
(Docket #26)

      This matter is before the Court on Magistrate Judge Paul Komives' Report and Recommendation of July 21, 2009, granting Defendant Correctional Medical Services' Motion to Dismiss (Docket #11) and MDOC Defendants' Motion to Dismiss (Docket #19) and Michigan Medical Management Affiliates' Motion for Summary Disposition (Docket #21).

      The Court has reviewed the file and the Magistrate Judge's Report and Recommendation No objections have been filed.  The Court finds that the law cited by the Magistrate has been correctly placed and is controlling in this matter.

      Therefore, the Court will accept the Magistrate's Report and Recommendation of July 21, 2009 as the findings and conclusions of this Court.

      Accordingly,

      IT IS HEREBY ORDERED that Magistrate Judge Komives's Report and Recommendation of July 21, 2009 is ACCEPTED and ADOPTED.

      IT IS SO ORDERED.

Dated: August 19, 2009                        s/Anna Diggs Taylor
                                                   ANNA DIGGS TAYLOR
                                                   UNITED STATES DISTRICT JUDGE

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing Order was served upon counsel of record via the Court's ECF System to their respective email addresses or First Class U.S. mail disclosed on the Notice of Electronic Filing on August 19, 2009.

                                                   s/Johnetta M. Curry-Williams
                                                 Case Manager